UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA



APR 1 4 2022

Clerk, U.S. District and
Bankruptcy Courts

| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | |
| v. | : | CR. NO. 20-30 (BAH) |
| KEITH DANIELS, | : | |
| | : | |
| Defendant. | : | |

## STATEMENT OF OFFENSE IN SUPPORT OF GUILTY PLEA

### I.    Penalties

The penalties for Unlawful Possession of a Firearm and Ammunition by a Person

Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year, in violation

of Title 18, United States Code, 922(g)(1), are:

  (A)    a term of imprisonment not more than 10 years;

  (B)    a fine not to exceed $250,000;

  (C)    a term of supervised release of not more than three years; and

  (D)    a special assessment of $100.

### II.    Elements of the Offense

To prove that the defendant is guilty of Unlawful Possession of a Firearm and Ammunition

by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year,

the government must prove the following beyond a reasonable doubt:

  1. That the defendant possessed a firearm;

  2. That he did so voluntarily and on purpose, and not by mistake or accident, with
     knowledge that the item he possessed was a firearm;

1

3. That the firearm had been shipped or transported from one state to another (the District of Columbia is considered a state for this purpose);

4. At the time the defendant possessed the firearm, he had been convicted of a crime punishable by imprisonment of term exceeding one year and had knowledge of that fact.

## III.   Proffer of Evidence

The following statement of facts does not purport to include all of the defendant's illegal conduct. It is intended to represent sufficient information for the Court to find a factual basis for accepting the defendant's guilty plea.

Had this case proceeded to trial, the government's evidence would have established the following beyond a reasonable doubt:

On Friday, August 30, 2019, at approximately 1:40 a.m., members of the Metropolitan Police Department (MPD) Crime Suppression Team drove to an apartment building at 1850 U Street SE, Washington, D.C. The defendant, Keith Daniels, was sitting in a chair in front of the building and got up and went inside the building as officers approached, going down a flight of stairs before coming back outside and again sitting in his chair. An officer searched the stairwell where the defendant had gone and observed a firearm. The defendant had placed the firearm there after seeing officers in the area. DNA swabs were obtained from the defendant and the firearm and DNA testing was conducted. The mixture obtained from the firearm is 25.2 octillion times more likely if it originated from Keith Daniels and two other individuals than if it originated from three unknown individuals.

The firearm was determined to be an SCCY Model CPX-2 9mm handgun with a serial number of 366156. When it was recovered, it was loaded with one round of ammunition in the

2

chamber and five rounds in the magazine. There are no firearm or ammunition manufacturers in the District of Columbia. Therefore, the firearm and ammunition in this case traveled in interstate commerce.

The defendant has prior felony convictions for Assault with Significant Bodily Injury, Superior Court for the District of Columbia, case number 2010 CF1 5404, for which he was sentenced to 14 months of incarceration, and Assault with Intent to Murder While Armed, Superior Court for the District of Columbia, case number 1991 FEL 378, for which he was sentenced to six to eighteen years of incarceration. Consequently, the defendant was aware at the time of the offense in this case that he had a prior conviction for a crime punishable by more than one year.

Respectfully Submitted,

Michael Engallena
Special Assistant United States Attorney

3

## DEFENDANT'S ACCEPTANCE

I have read this Statement of Offense and carefully reviewed every part of it with my attorney, Stephen Brennwald, Esq. I am fully satisfied with the legal services provided by my attorney in connection with this Statement of Offense and all matters relating to it. I fully understand this Statement of Offense and voluntarily agree to it. No threats have been made to me, nor am I under the influence of anything that could impede my ability to fully understand this Statement of Offense. No agreements, promises, understandings, or representations have been made with, to, or for me other than those set forth above.

Date: 4-12-22

Keith Daniels
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Proffer of Facts and carefully reviewed it with my client and discussed it fully. I do not object to my client's agreement with and acceptance of this Proffer of Facts.

Date: 4/12/22

Stephen Brennwald, Esq.
Attorney for Keith Daniels